IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  04-cv-02694-EWN-OES

CASH REGISTERS TO GO, INC., a Colorado corporation
d/b/a CASH REGISTER CENTER,

Plaintiff(s),

v.

CASH REGISTER SALES, INC., a Minnesota corporation,

Defendant(s).

**MINUTE ORDER**

ORDER ENTERED BY MAGISTRATE JUDGE O. EDWARD SCHLATTER
Dated:  October 24, 2005

      Plaintiff's Motion for Protective Order Relating to Additional Depositions [filed October 6, 2005, Document 43] is DENIED and Defendant will be permitted to conduct the depositions of Deborah Reed and Andrew Baumgartner outside of the cutoff period for discovery but within thirty (30) days.